Michael Fitzgerald, Administrator etc., v. The Long Island Railroad Company. — Judgment

reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Pratt, J., not sitting.